# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

Bridget M. McCormack,
Chief Justice

159066

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEITH DARRIUS MANDERS,
      Defendant-Appellant.
_____/

SC: 159066
COA: 346020
Kent CC: 15-011148-FH

On order of the Court, the application for leave to appeal the December 13, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019

Clerk

a0911